# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Panda Accounting LLC, | No. CV-20-00985-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Academy Bank NA, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 47), filed on January 20, 2021,

**IT IS ORDERED** approving the Stipulation (Doc. 47) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** denying Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 33) as moot.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

Dated this 21st day of January, 2021.

Honorable Diane J. Humetewa
United States District Judge